**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

E.A.M.,                                    :   No. 405 WAL 2017
                                           :
                    Respondent             :
                                           :   Petition for Allowance of Appeal from
                                           :   the Order of the Superior Court
              v.                           :
                                           :
                                           :
A.M.D., III,                               :
                                           :
                    Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.